IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

**ALLEN LUU,**

    **Plaintiff,**                           **CASE NO. 5:18-cv-00074**

    vs.

**ELAN FINANCIAL SERVICES, IBC
BANK and DOES I-X**

    **Defendants.**

_____/

## NOTICE OF SETTLEMENT

    Plaintiff Allen Luu notifies this Court that Plaintiff and all Defendants have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court vacate all deadlines, and retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement.

    Respectfully submitted the 28 day of September, 2018.

                                                           By: _s/ Peter J. Cozmyk_
                                                                  Peter J. Cozmyk
                                                                  Cozmyk Law Offices, LLC
                                                                  Attorney for Plaintiff
                                                                  Allen Luu

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 28 day of September, 2018, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice of the filing to the following:

Donald Edward Hill
ROWLETT HILL COLLINS, LLP
6060 N. Central Expresswa, Suite 500
Dallas, TX 75206
T: 214-800-3492
F: 214-292-1168
Dhill@rowletthill.com

                                            By: *s/ Peter J. Cozmyk*
                                            Peter J. Cozmyk
                                            Cozmyk Law Offices, LLC
                                            Attorney for Plaintiff
                                            Allen Luu